United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 14-19932-elf
Patricia Ann Medary                                                    Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 1              Date Rcvd: Mar 27, 2015
                              Form ID: 180NEW          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2015.
```
db            +Patricia Ann Medary,    3632 E. Allen Street,    Philadelphia, PA 19134-6230
13443244       Caliber Home Loans,    P.O. Box 650856,    Dallas, TX 75265-0856
13456116      +Phila. Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
13443249      +Police &Fire,   901 Arch Street,    Philadelphia, PA 19107-2404
13443250      +Police And Fire Federal Credit Union,    901 Arch St,    Philadelphia, PA 19107-2495
13453194      +U.S. Bank Trust, N.A.,    for LSF9 Master Participation Trust,    c/o ANN E. SWARTZ,
                123 South Broad Street, Suite 2080,    Philadelphia, PA 19109-1031
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Mar 28 2015 02:07:32     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2015 02:06:34
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 28 2015 02:07:30     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13443242      +EDI: AFNIRECOVERY.COM Mar 28 2015 01:58:00     Afni, Inc.,    P.O. Box 3097,
                Bloomington, IL 61702-3097
13443243       EDI: BANKAMER.COM Mar 28 2015 01:53:00     Bank Of America,    P.O. Box 982235,
                El Paso, TX 79998
13443245      +EDI: WFNNB.COM Mar 28 2015 01:58:00     Comenity Bank,    P.O. Box 182789,
                Columbus, OH 43218-2789
13443246      +EDI: WFNNB.COM Mar 28 2015 01:58:00     Comenity Bank,    995 W 122nd Ave,
                Westminster, CO 80234-3417
13443248      +EDI: CCS.COM Mar 28 2015 01:58:00     Credit Collections,    P.O. Box 9133,
                Needham, MA 02494-9133
13443247      +EDI: CCS.COM Mar 28 2015 01:58:00     Credit Collections,    P.O. Box 9134,
                Needham, MA 02494-9134
13443252      +E-mail/Text: consumerlending@sunfcu.org Mar 28 2015 02:07:27     Sun Federal Credit Union,
                1627 Holland Rd,    Maumee, OH 43537-1622
13443253      +EDI: WTRRNBANK.COM Mar 28 2015 01:58:00     TD Bank USA,    P.O. Box 673,
                Minneapolis, MN 55440-0673
                                                                                              TOTAL: 11

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13443251     ##+Sbl Federal Credit Union,    200 N 16th St Ste 200,    Philadelphia, PA 19102-1203
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2015 at the address(es) listed below:
```
              ANN E. SWARTZ    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust ASwartz@mwc-law.com, ecfmail@mwc-law.com
              BRAD J. SADEK    on behalf of Debtor Patricia Ann Medary brad@sadeklaw.com
              CHRISTINE C. SHUBERT     christineshubert@comcast.net, ecf.alert+shubertpaeb@titlexi.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christineshubert@comcast.net,
               ecf.alert+shubertpaeb@titlexi.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Eastern District of Pennsylvania

Case No. **14–19932–elf**

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia Ann Medary
   3632 E. Allen Street
   Philadelphia, PA 19134

Social Security No.:
   xxx–xx–3436

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                              BY THE COURT

Dated: 3/26/15                                       Eric L. Frank
                                                          United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**